**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: April 14, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 09-16038 |
| | | (Chapter 13) |
| | : | |
| NICOLE S. MCKENZIE | | JUDGE: BURTON PERLMAN |
| | : | |
| | | AGREED ENTRY TO VACATE |
| Debtor | : | ORDER OF DISMISSAL AND |
| | | TO RESUME CHAPTER 13 |
| | : | PLAN |

This cause came before the Court upon the Motion to Dismiss of the Chapter 13 Trustee (Doc. 27), Debtor's Response thereto (Doc. 28) and subsequent Order of Dismissal of Debt Adjustment Plan (Doc. 30);

It is hereby agreed between Counsel for the above captioned Debtor and the Chapter 13 Trustee that upon the payroll order being activated and the first deduction in the amount of $265.38 being forwarded to the Office of the Trustee, the Order for Dismissal of Debt Adjustment Plan as entered by this Court on March 22, 2010 (Doc. 30) is hereby vacated and the Chapter 13 Plan is to be resumed in full force and effect, including but not limited to the automatic stay provisions.

The parties further agree that should Debtor fail to make any monthly payment then Trustee may file a Notice of Noncompliance with the terms of this Agreed Order and upload an Order of Dismissal

IT IS SO ORDERED.


*/s/ John W. Rose*
John W. Rose (0029888)
Attorney for Debtor
632 Vine Street, Suite 711
Cincinnati, Ohio 45202
Telephone: (513) 621-7902
Facsimile: (513) 621-6402
E-Mail: johnwrose@fuse.net


*/s/Margaret A. Burks*
Margaret A. Burks (0030377)
Chapter 13 Trustee
600 Vine Street, Suite 2200
Cincinnati, Ohio 45202
Telephone (513) 621-4488
Facsimile (513) 621-2643
E-Mail: mburks@cinn13.org


Served Upon:

All Creditors and Parties of Interest

###